```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

DENNIS LEON MARDIS, Jr.,                              Plaintiff

v.                          3:10CV00293 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                              Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 29th day of February, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE